IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

Criminal No. 7:05-CR-78-BO-1
Civil No. 7:12-CV-244-BO

| | | |
|---|---|---|
| ROOSEVELT BONEY, ) | | |
| Petitioner, ) | | |
| ) | | |
| v. ) | ORDER | |
| ) | | |
| UNITED STATES OF AMERICA, ) | | |
| Respondent. ) | | |

Having conducted an examination of petitioner's motion pursuant to Rule 4(b) of the Rules Governing § 2255 Proceedings and it appearing that dismissal is not warranted at this time, the United States Attorney is DIRECTED to file an Answer pursuant to Rule 5, Rules Governing § 2255 Proceedings, or to make such other response as appropriate to the above-captioned § 2255 Motion to Vacate, Set Aside or Correct Sentence, within **forty (40)** days of the filing of this order.

SO ORDERED. This /2 day of September, 2012.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE