# UNITED STATES DISTRICT COURT
## for the
Eastern District of North Carolina

FILED IN OPEN COURT
ON __11/9/2012__
Julie A. Richards, Clerk
US District Court
Eastern District of NC

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Roosevelt Boney III | ) Case No:   7:05-CR-00078-BO-001 |
| | ) |
| Date of Original Judgment:   April 22, 2009 | ) USM No:  70015-056 |
| Date of Previous Amended Judgment: | ) Defendant's Attorney   Thomas P. McNamara |
| *(Use Date of Last Amended Judgment if Applicable)* | ) |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C.
§ 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has
subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C.
§ 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10
and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
    ☑DENIED.   ☐GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected
in the last judgment issued)* of _____ months **is reduced to** _____
Pursuant to 1B1.10, Application Note 4(A), Exclusion Relating to Revocation, only a term of imprisonment imposed as part
of the original sentence is authorized to be reduced. A reduction in the terms of imprisonment imposed upon revocation of
supervised release is not authorized. The sentence for which Boney is currently incarcerated results from a revocation of
supervised release; therefore, he is not eligible for a reduction.

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served"
sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment(s) dated     April 22, 2009,
shall remain in effect. . **IT IS SO ORDERED**

Order Date:   *11 - 9 · 12*

Judge's signature

Effective Date: _____
          *(if different from order date)*

Terrence W. Boyle, U.S. District Judge
*Printed name and title*

EDNC Rev. 11/8/2011